IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH FALLS DIVISION

| | |
|---|---|
| PATRICIA B. BEGGS, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:14-cv-00129-O |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 28. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, the Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

SO ORDERED on this **15th day** of **September, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE